IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL SHIPMAN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 17-5416 |
| AQUATHERM L.P., et al., | : | |
| Defendants. | : | |
| . . . . . . . . . . . . . . . . . . . . . . | : | |
| GAIL SHIPMAN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| ARCO INDUSTRIAL SALES, INC., et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 28th day of November, 2018, upon consideration of Defendant Signode Industrial Group LLC's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 32 in Civil Action No. 18-2922) pursuant to Federal Rule of Civil Procedure 12(b)(6) and the briefing in support thereof and in opposition thereto, it is HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE