IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL SHIPMAN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 17-5416 |
| AQUATHERM L.P., et al., | : | |
| Defendants. | : | |
| . . . . . . . . . . . . . . . . . . . . . . | | |
| GAIL SHIPMAN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| ARCO INDUSTRIAL SALES, INC., et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 14th day of July, 2022, upon consideration of Defendant Signode Industrial Group LLC's ("Signode") Renewed Motion to Dismiss the Complaint (Doc. No. 255), and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Signode's Motion is **GRANTED IN PART** to the extent that this Court finds that it lacks personal jurisdiction over Signode. For the reasons stated in the accompanying Memorandum Opinion, this Court reserves ruling on to which court Plaintiffs' claims against Signode shall be transferred.

2. A telephone conference will be held before the Honorable Robert F. Kelly on Wednesday, July 20, 2022 at 10:00 A.M. Parties shall call 888-808-6929, then enter access code 8674417 followed by the pound sign.

BY THE COURT:


*/s/ Robert F. Kelly*
ROBERT F. KELLY, J.